McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2779

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYCE HENDERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　　Defendant. | CIV-S-04-2400 GEB PAN<br><br>STIPULATION AND [proposed] ORDER SETTLING ATTORNEY'S FEES, COSTS, AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

　　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of TWO HUNDRED TWENTY FIVE AND 00/100 DOLLARS ($225.00), and costs in the amount of ONE HUNDRED FIFTY AND 00/100 DOLLARS ($150.00), said amounts together representing compensation for legal services rendered on behalf of plaintiff by her attorney in accordance with 28 U.S.C. § 2412(d).

　　　　This stipulation constitutes a compromise settlement of plaintiff's request for all fees, costs, and expenses under the EAJA, and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the amount of TWO HUNDRED TWENTY FIVE AND

1

1  00/100 DOLLARS in fees ($225.00) and ONE HUNDRED FIFTY AND 00/100 DOLLARS
2  ($150.00) in costs, shall constitute a complete release from and bar to any and all claims plaintiff may
3  have relating to EAJA fees, costs, and expenses in connection with this action, but such award will
4  not prejudice any future request for attorney's fees under the Social Security Act, 42 U.S.C. § 406(b).

5
6  DATED: May 3, 2005                     /s/ Ann M. Cerney
                                          ANN M. CERNEY
                                          Attorney at Law
7
                                          Attorney for Plaintiff
8

9  DATED: May 3, 2005                     McGREGOR W. SCOTT
                                          United States Attorney
10

11                                   By:  /s/ Bobbie J. Montoya
                                          BOBBIE J. MONTOYA
12                                        Assistant U. S. Attorney

13                                        Attorneys for Defendant

14  OF COUNSEL

15  LUCILLE GONZALES MEIS
    Chief Counsel, Region IX
16
    GERALYN A. GULSETH
17  Assistant Regional Counsel

18  Social Security Administration

19
20
21
22
23
24
25
26
27
28

_____oOo_____

<u>                                        ORDER</u>

Payment under the Equal Access to Justice Act of attorney's fees in the amount of $225.00 and costs in the amount of $150.00, is hereby APPROVED.

SO ORDERED.

Dated: May , 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge